1016

**HOBART MANUFACTURING COMPANY, Plaintiff-Appellant, v. LANDERS, FRARY & CLARK, Defendant-Appellee.**

No. 108.

Circuit Court of Appeals, Second Circuit.

Nov. 20, 1939.

Greer Marechal, of Dayton, Ohio, (John B. Hayward, of New York City, of counsel), for appellant.

T. Clay Lindsey and George N. Robillard, both of Hartford, Conn., for appellee.

Before SWAN, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Decree, 26 F.Supp. 198, affirmed on opinion below.

**George W. HOOKER, Plaintiff-Appellant, v. James J. HOEY, Collector of the United States Internal Revenue for the Second District of the State of New York, Defendant-Appellee.**

No. 71.

Circuit Court of Appeals, Second Circuit.

Nov. 20, 1939.

Holt S. McKinney, of New York City, for appellant.

John T. Cahill, U. S. Atty., of New York City (Dolores C. Faconti, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before SWAN, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Judgment affirmed on opinion below, D. C., 27 F.Supp. 489.

**Charles D. HUSTON, Collector of Internal Revenue, Appellant, v. Kathryn V. HEXTELL and C. B. Hextell.**

No. 11593.

Circuit Court of Appeals, Eighth Circuit.

Nov. 8, 1939.

Cloid I. Level, Asst. U. S. Atty., of Des Moines, Iowa, for appellant.

C. B. Hextell and Robert D. Jackson, both of Des Moines, Iowa, for appellees.

PER CURIAM.

Appeal, 28 F.Supp. 521, dismissed without taxation of costs in favor of either of the parties in this Court, on motion. of appellant and consent of appellees.

**Rebecca LAMPERT, Appellee, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.**

No. 104.

Circuit Court of Appeals, Second Circuit.

Nov. 27, 1939.

Oeland & Kuhn, of New York City (George W. Riley, of New York City, of counsel), for appellant.

Forrest S. Chilton, of New York City, for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Judgment, 28 F.Supp. 142, affirmed.